# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 16-10576 PMC |
| | ) | |
| Edmund W. Knetig | ) | Chapter 7 |
| Jennifer A. Knetig | ) | |
| | ) | |
| Debtors | ) | Judge Pat E. Morgenstern-Clarren |

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

Daniel M. McDermott, United States Trustee for Region 9, has filed with the Court on August 2, 2016 a pleading styled *Motion of the United States Trustee to Dismiss Pursuant to 11 U.S.C. § 707(a) After the Administration of any Assets*.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the motion, or if you want the court to consider your views on the motion, then **on or before August 16, 2016**, you or your attorney must:

File with the Court a written response explaining your position at:

United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114-1235

Mail a copy of your response to

Amy L. Good
Office of the U.S. Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue, Suite 441
Cleveland, OH 44114

Attend the hearing scheduled to be held on **Thursday September 1, 2016 at 8:30 a.m.** in Courtroom 2 A , Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, OH 44114-1235. The hearing may be adjourned by the court from time to time without further notice.

If you mail your response to the Court, you must mail it early enough so the Court will receive it on or before the response deadline specified above.

**If you or your attorney do not takes these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief without conducting a hearing.**

Dated:  August 2, 2016               Respectfully submitted,

Daniel M. McDermott
United States Trustee, Region 9

By: /s/ Amy L. Good
Amy L. Good (#005572)
Trial Attorney
Office of the U.S. Trustee
H. M. Metzenbaum U.S. Courthouse
201 Superior Avenue, Suite 441
Cleveland, OH 44114
(216) 522-7800 ext. 236
(216) 522-7193 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2016 a true and correct copy of the foregoing Notice was served;

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- William J. Balena    docket@ohbksource.com, debra@ohbksource.com
- Virgil E. Brown    virgil@vebtrustee.com, vbrownjr@ecf.epiqsystems.com
- Joel K. Jensen    nohbk@lsrlaw.com
- Christopher P. Kennedy    bankruptcy@carlisle-law.com
- Dennis M. Ostrowski    loubknotices@fenton-mcgarvey.com
- Craig W. Relman    crelman@aol.com
- Rachel L. Steinlage    rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com
- United States Trustee    (Registered address)@usdoj.gov
- Phyllis A. Ulrich    bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com
- Amy Good ust08    amy.l.good@usdoj.gov

And by regular U.S. Mail on August 2, 2016 to the following:

Edmund W. Knetig
8267 Creekside Trace
Broadview Heights, Ohio 44147

Jennifer A. Knetig
8267 Creekside Trace
Broadview Heights, Ohio 44147

*/s/ Amy L. Good*
Amy L. Good
Trial Attorney
U.S. Department of Justice
Office of the U.S. Trustee
H.M. Metzenbaum U.S. Courthouse
201 E. Superior Ave., Ste. 441
Cleveland, Ohio 44114-1240
(216) 522-7800 Ext. 236
(216) 522-7193 facsimile
Amy.l.good@usdoj.gov