UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re:                                    ) Case No. 16-10576
                                          )
   Edmund W. Knetig                       ) Chapter 7
   Jennifer A. Knetig,                    )
                                          )
                                          ) Judge Pat E. Morgenstern-Clarren
           Debtors.                   )

## NOTICE OF CENTENNIAL BANK'S MOTION TO DISMISS UNDER 11 U.S.C. § 707(a) AND CERTIFICATE OF SERVICE

Creditor Centennial Bank has filed papers with the court seeking to dismiss the Debtors' bankruptcy case under 11 U.S.C. § 707(a).

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief requested sought in the motion, or if you want the court to consider your views on the motion, then on or before **August 29, 2016**, you or your attorney must:

1. File a written response, explaining your position, at

   U.S. Bankruptcy Court
   Howard M. Metzenbaum U.S. Courthouse
   201 Superior Avenue
   Cleveland, Ohio 44114-1235

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

2. Mail a copy to:

   Rachel L. Steinlage, Esq.
   Meyers, Roman, Friedberg & Lewis, LPA
   28601 Chagrin Blvd. Suite 500
   Cleveland, Ohio 44122

3. Attend the hearing on **September 1, 2016 at 8:30 a.m.** at the United States Bankruptcy Court, Howard M. Metzenbaum U.S. Courthouse, Courtroom 2A, 201 Superior Avenue, Cleveland, Ohio 44114.

Respectfully submitted,

/s/ Rachel L. Steinlage
Rachel L. Steinlage (0079450)
*rsteinlage@meyersroman.com*
MEYERS, ROMAN, FRIEDBERG & LEWIS
28601 Chagrin Blvd., Suite 500
Cleveland, Ohio 44122
Telephone: 216-831-0042
Fax: 216-831-0542
*Attorney for Creditor, Centennial Bank*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 8, 2016, a true and accurate copy of the foregoing *Centennial Bank's Motion to Dismiss under 11 U.S.C. § 707(a)* and the *Notice* thereof were served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

- William J. Balena    docket@ohbksource.com, debra@ohbksource.com
- Virgil E. Brown    virgil@vebtrustee.com, vbrownjr@ecf.epiqsystems.com
- Joel K. Jensen    nohbk@lsrlaw.com
- Christopher P. Kennedy    bankruptcy@carlisle-law.com
- Dennis M. Ostrowski    loubknotices@fenton-mcgarvey.com
- Craig W. Relman    crelman@aol.com
- Rachel L. Steinlage    rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com
- United States Trustee    (Registered address)@usdoj.gov
- Phyllis A. Ulrich    bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com
- Amy Good ust08    amy.l.good@usdoj.gov

and by regular U.S. mail, postage prepaid, to all creditors and parties in interest on the attached mailing matrix.

/s/ Rachel L. Steinlage
Rachel L. Steinlage (0079450)

```
Label Matrix for local noticing          Arvest Bank                              The Bank of New York Mellon Trust Company
0647-1                                   c/o Craig W. Relman Co., L.P.A.          C/O Robertson, Anschutz & Schneid P.L.
Case 16-10576-pmc                        23811 Chagrin Blvd.                      6409 Congress Ave
Northern District of Ohio                Suite 160                                Suite 100
Cleveland                                Cleveland, OH 44122-5525                 Boca Raton, FL 33487-2853
Mon Aug  8 11:12:05 EDT 2016

United States Trustee                    Howard M. Metzenbaum U.S. Courthouse     (p)ARVEST BANK
Suite 441                                United States Bankruptcy Court           P O BOX 11110
H.M Metzenbaum U.S. Courthouse           Howard M. Metzenbaum U.S. Courthouse     FORT SMITH AR 72917-1110
201 Superior Avenue                      201 Superior Avenue
Cleveland, OH 44114-1234                 Cleveland, OH 44114-1235

(p)CENTENNIAL BANK ATTN SPECIAL ASSETS   Chase Manhattan Mortgage                 Nationstar Mortgage LLC
P O BOX 1028                             3415 Vision Drive                        8950 Cypress Waters Blvd
CABOT AR 72023-1028                      Columbus, OH 43219-6009                  Coppell, TX 75019-4620

Ocwen Loan Servicing                     Pentagon Federal Cr Un                   (p)PENTAGON FEDERAL CREDIT UNION
P.O. Box 6440                            2930 Eisenhower Ave                      ATTN BANKRUPTCY DEPARTMENT
Carol Stream, IL 60197-6440              Alexandria, VA 22314-4557                P O BOX 1432
                                                                                  ALEXANDRIA VA 22313-1432

Quicken Loans                            Rainey Propery Management                Texas Bank
1050 Woodward Ave                        10515 West Markham Street                P.O. Box 1429
Detroit, MI 48226-1906                   Little Rock, AR 72205-2297               Brownwood, TX 76804-1429

Edmund W. Knetig                         Jennifer A. Knetig                       Virgil E. Brown Jr
100 Hunt Club Drive, Apt 2A              8267 Creekside Trace                     2136 Noble Road
Copley, OH 44321-1300                    Broadview Heights, OH 44147-1368         Cleveland, OH 44112-1736


William J. Balena
30400 Detroit Road
Suite 106
Westlake, OH 44145-1855
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Arvest Bank                              Centennial Bank                          Pentagon Federal Credit Union
510 West Main Street                     P.O. Box 966                             P.O. Box  1400
Cabot, AR 72023                          Conway, AR 72033                         Alexandria, VA 22313
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Centennial Bank         (u)JPMorgan Chase Bank, N.A.         (u)Lehman XS Trust

(u)Texas Bank             (u)US Bank NATIONAL ASSOCIATION

End of Label Matrix
Mailable recipients    18
Bypassed recipients     5
Total                  23